**E-FILED**
Friday, 21 September, 2007 02:37:52 PM
Clerk, U.S. District Court, ILCD

# FINANCIAL AFFIDAVIT

**IN UNITED STATES** ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF _____ V.S. _____

FOR _____
AT _____

FILED
SEP 2 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| LOCATION NUMBER |
|---|

PERSON REPRESENTED (Show your full name): **Justin Rosenbohm**

- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

DOCKET NUMBERS
Magistrate: **07-6074**
District Court: 
Court of Appeals:

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: **Domino Pizza**
- IF YES, how much do you earn per month? $ **1,416**
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ _____ SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $ **500**  DESCRIPTION: **1971 F250**

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ✓ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | U.S. Cell - Peoria | $ | $ 70.00 |
| | Storage - Mordue Storage | $ 878 | $ 78.00 |
| | Pet & Puppy upkeep | $ | $ 40.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **Sept. 21, 2007**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ s/defendant